THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDIWALI MUSSE,

        Plaintiff,

   v.

WILLIAM HAYES et al.,

        Defendant.

CASE NO. C18-1736-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for a trial continuance and an amendment of case schedule deadlines (Dkt. No. 20). Having considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that:

1. The jury trial is continued to June 15, 2020;
2. Pre-trial orders must be filed by June 5, 2020;
3. The 39.1 mediation must be completed by April 10, 2020;
4. Trial briefs must be submitted by June 11, 2020;
5. Proposed voir dire/jury instructions must be submitted by June 11, 2020;
6. Discovery must be completed by February 16, 2020;
7. Dispositive motions must be filed by March 17, 2020.

MINUTE ORDER
C18-1736-JCC
PAGE - 1

1     DATED this 9th day of September 2019.

2                                                      William M. McCool
                                                     Clerk of Court

                                                     s/Tomas Hernandez
                                                     Deputy Clerk

MINUTE ORDER
C18-1736-JCC
PAGE - 2