THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ABDIWALI MUSSE,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAM HAYES, Director of King County Department of Adult and Juvenile Detention, in his individual and official capacities, *et al.*,<br><br>    Defendants. | CASE NO. C18-1736-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for a trial continuance and an amendment of case schedule deadlines (Dkt. No. 23). The Court hereby GRANTS the motion and ORDERS as follows:

    1.    The 5-day estimate jury trial is continued to October 5, 2020, at 9:30 a.m.;

    2.    The proposed pretrial order must be filed by September 25, 2020;

    3.    Trial briefs and proposed voir dire/jury instructions must be filed by October 1, 2020;

    4.    Discovery must be completed by June 7, 2020; and

    5.    Dispositive motions must be filed by July 7, 2020.

1  DATED this 24th day of December 2019.

2                                          William M. McCool
                                           Clerk of Court
3
                                           s/Tomas Hernandez
4                                          Deputy Clerk