THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIWALI MUSSE, | CASE NO. C18-1736-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WILLIAM HAYES, Director of King County Department of Adult and Juvenile Detention, in his individual and official capacity, *et al*. | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for extension of the discovery deadline (Dkt. No. 29). Having considered the motion and the relevant record and finding good cause, the Court GRANTS the motion.

In addition, although the parties "are not requesting a continuance of the trial date at this time" and contend that "it does not make sense to continue the trial date at this point in time" (Dkt. No. 29 at 4.), the Court concludes *sua sponte* that there is good cause to continue the trial date in light of the parties' proposed deadline for dispositive motions and the COVID-19 pandemic.

MINUTE ORDER
C18-1736-JCC
PAGE - 1

The Court ORDERS as follows:

1. The January 11, 2021 jury trial is continued until March 22, 2021, at 9:30 a.m.;
2. Trial briefs, proposed jury instructions, and voir dire must be submitted by March 18, 2021;
3. The proposed pretrial order must be submitted by March 12, 2021;
4. The dispositive motions deadline is November 24, 2020.
5. The discovery deadline is November 6, 2020.

DATED this 8th day of September 2020.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk