THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIWALI MUSSE, | CASE NO. C18-1736-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WILLIAM HAYES, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the discovery deadline (Dkt. No. 31). Having considered the motion and the relevant record and finding good cause, the Court GRANTS the motion. The discovery deadline is CONTINUED until November 30, 2020 and the dispositive motions deadline is CONTINUED until December 30, 2020.

DATED this 5th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C18-1736-JCC
PAGE - 1