THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

ABDIWALI MUSSE,

CASE NO. C18-1736-JCC

10

Plaintiff,

MINUTE ORDER

11

v.

12

WILLIAM HAYES, *et al.*,

13

Defendants.

14

15      The following Minute Order is made by direction of the Court, the Honorable John C.

16  Coughenour, United States District Judge:

17      This matter comes before the Court on the parties' request for the Court to hear an

18  expedited telephonic discovery motion pursuant to Local Civil Rule 7(i) and the Court's order

19  regarding discovery and depositions (Dkt. No. 7). The Court understands that there is a dispute

20  about whether a deposition must occur. The parties are DIRECTED to file simultaneous briefs of

21  no more than three pages setting forth their positions by Tuesday, November 10, 2020. If the

22  Court concludes that a telephonic conference is necessary, the Courtroom Deputy will contact

23  the parties. If not, the Court will decide the issue promptly based on the briefing.

24      //

25      //

26      //

MINUTE ORDER
C18-1736-JCC
PAGE - 1

1  DATED this 6th day of November 2020.

2
William M. McCool
3
Clerk of Court
4
s/Paula McNabb
5
Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26