THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDIWALI MUSSE,

                Plaintiff,

    v.

WILLIAM HAYES, *et al.*,

                Defendants.

CASE NO. C18-1736-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' expedited briefing regarding whether the deposition of Gordon Gaynor must occur (Dkt. Nos. 36, 38). The parties agree that either this issue was never ripe or it is now moot. (*See* Dkt. Nos. 36 at 3, 38 at 1.) Accordingly, the Court will not issue a ruling at this time.

The Court's local rules provide that before filing a discovery motion, the parties must meet and confer in good faith in an effort to resolve the dispute, or at least narrow the issues, before seeking the Court's intervention. *See* LCR 37(a)(1); LCR 26(c)(1). In light of the parties' briefing, the Court is concerned that the parties did not meet and confer in good faith until *after* seeking the Court's intervention. That is inappropriate. The parties are warned that in the future they must not seek the Court's intervention in a discovery dispute until after they have met and

1   conferred in good faith and have been unable to resolve the dispute.

2        DATED this 12th day of November 2020.

3                                William M. McCool

                               Clerk of Court

4

5                               s/Paula McNabb

                               Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26