THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIWALI MUSSE, | CASE NO. C18-1736-JCC |
| Plaintiff, | ORDER |
| v. | |
| WILLIAM HAYES, *et al.*, | |
| Defendants. | |

This matter comes before the Court on Defendant King County's motion to withdraw admissions pursuant to Federal Rule of Civil Procedure 36(b) (Dkt. No. 34). Plaintiff Abdiwali Musse does not oppose the motion. *See* Dkt. No. 40. Having thoroughly considered the parties' briefing and the relevant record, the Court finds that allowing Defendant King County to withdraw the admissions will promote the presentation of the merits of the action and will not prejudice Plaintiff. *See* Fed. R. Civ. P. 36(b). Therefore, the Court GRANTS Defendant King County's motion to withdraw its admissions to Plaintiff's second set of requests for admission.

DATED this 29th day of December 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-1736-JCC
PAGE - 1