THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIWALI MUSSE, | CASE NO. C18-1736-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WILLIAM HAYES, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff Abdiwali Musse's request for the Court to hear an expedited telephonic motion pursuant to Local Civil Rule 7(i) regarding whether to extend the briefing schedule on Defendants' motion for summary judgment. The parties are DIRECTED to file simultaneous briefs of no more than three pages setting forth their positions by Tuesday, January 26, 2021 at 4:30 p.m. If the Court concludes that a telephonic conference is necessary, the Courtroom Deputy will contact the parties. If not, the Court will decide the issue promptly based on the briefing.

//

//

//

1 | DATED this 25th day of January 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk