THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIWALI MUSSE, | CASE NO. C18-1736-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WILLIAM HAYES, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to extend the briefing schedule on Defendants' motion for summary judgment (Dkt. No. 48). Having thoroughly considered the parties' briefing and the relevant record and finding good cause, the Court hereby GRANTS the motion and ORDERS as follows:

1. The Clerk is DIRECTED to renote Defendants' motion for summary judgment (Dkt. No. 43) for consideration on February 19, 2021.

2. The March 22, 2021 jury trial and remaining pretrial deadlines are STRICKEN. Unless the Court's disposition of the motion for summary judgment renders a trial unnecessary, the parties are ORDERED to file a joint status report within 21 days of the Court's resolution of the summary judgment motion addressing: (1) a proposed trial date, (2) whether the parties are willing to proceed with a remote bench trial, and (3) whether the parties are willing to proceed before a Magistrate Judge.

MINUTE ORDER
C18-1736-JCC
PAGE - 1

DATED this 27th day of January 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
