Honorable Judge John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ABDIWALI MUSSE, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM HAYES, Director of King County Department of Adult and Juvenile Detention, in his individual and official capacity and KING COUNTY, a county of the State of Washington <br><br> Defendants. | No. 2:18-cv-01736-JCC <br><br> JOINT STATUS REPORT |

Pursuant to this Court's Minute Order dated January 27, 2021, (Dkt. 50), the parties jointly submit the following Joint Status Report.

1. The parties propose that the trial date be scheduled for November 15, 2021. The resetting of the trial should not serve to reopen discovery, case schedule and/or disclosure deadlines that have already passed, absent Court order.

2. The parties are not in agreement about proceeding with a remote bench trial. As a result, the issues of liability and damages should be tried before a jury. Plaintiff suggests that the number of jurors to be summoned for voir dire be left in the sound

JOINT STATUS REPORT
2:18-cv-01736-JCC - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

discretion of the court. Plaintiff requests that the case be heard by a panel of eight jurors. Defendants suggest that 50-75 jurors should be summoned with 12 jurors empaneled. *See* FRCP 48(a). The parties believe that this trial can be completed in ten days of courtroom time.  Plaintiff is requesting that it be allowed six courtroom days (or thirty hours of courtroom time) to present plaintiff's evidence.

3. The parties do not agree to proceed before a Magistrate Judge.

DATED this 7th day of May, 2021.

    DANIEL T. SATTERBERG
    King County Prosecuting Attorney

    By: */s/ JERRY L. TAYLOR*_____
    JERRY L. TAYLOR, WSBA #40739
    Senior Deputy Prosecuting Attorney
    500 Fourth Ave., 9th Floor
    Seattle, WA.  98104
    Telephone: (206) 296-8820
    Fax: (206) 296-8819
    E-Mail: jerry.taylor@kingcounty.gov
    Attorney for Defendant King County

    By: */s/JAY H. KRULEWITCH*_____
    JAY H. KRULEWITCH, WSBA #17612
    Attorney for Plaintiff
    2611 N.E. 113th St. Suite 300
    Seattle, WA 98125
    Telephone: (206) 233-0828
    Fax: (206) 628-0794
    Email: jay@krulewitchlaw.com

    By: */s/TIM FORD* _____
    TIMOTHY K. FORD, WSBA #5986
    Attorney for Plaintiff
    MacDonald Hoague & Bayless

JOINT STATUS REPORT
2:18-cv-01736-JCC - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

|   |   |
|---|---|
| 1 | 705 Second Avenue, Suite 1500 |
| 2 | Seattle, WA 98104 |
|   | Telephone: (206) 622-1604 |
| 3 | Fax: (206) 343-3961 |
|   | Email: TimF@MHB.com |
| 4 |   |
| 5 | By: /s/TIFFANY M. CARTWRIGHT_____ |
|   | TIFFANY M. CARTWRIGHT, WSBA #43564 |
| 6 | Attorney for Plaintiff |
|   | MacDonald Hoague & Bayless |
| 7 | 705 Second Avenue, Suite 1500 |
|   | Seattle, WA 98104 |
| 8 | Telephone: (206) 622-1604 |
|   | Fax: (206) 343-3961 |
| 9 | Email: TiffanyC@MHB.com |

(Line numbers 10–23 follow, blank.)

JOINT STATUS REPORT
2:18-cv-01736-JCC - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

**CERTIFICATE OF FILING AND E-SERVICE**

I hereby certify that on May 7, 2021, I electronically filed the foregoing document with the Clerk of the Court using the electronic filing system and by agreement of the parties a copy was served electronically on the following:

Jay H. Krulewitch
2611 NE 113th St., Suite 300
Seattle, WA 98125
(206)233-0828
jay@krulewitchlaw.com

TIMOTHY K. FORD, WSBA #5986
TIFFANY M. CARTWRIGHT, WSBA 43564
Attorneys for Plaintiff
MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, WA 98104
Telephone: (206) 622-1604
Fax: (206) 343-3961
Email: TimF@MHB.com
TiffanyC@MHB.com

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 7th day of May, 2021.

_____
ANGELA LINDSEY
Legal Secretary
King County Prosecuting Attorney's Office

JOINT STATUS REPORT
2:18-cv-01736-JCC - 4

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819