THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIWALI MUSSE,<br><br>            Plaintiff,<br><br>   v.<br><br>WILLIAM HAYES, *et al.*,<br><br>            Defendants. | CASE NO. C18-1736-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report proposing a November 15, 2021 trial date (Dkt. No. 65). The Court is unavailable on that date. Therefore, the Court sets the following schedule:

1. The jury trial is scheduled for December 6, 2021 at 9:30 a.m.
2. Trial briefs, proposed jury instructions, and proposed voir dire must be submitted by December 2, 2021.
3. The proposed pretrial order must be submitted by November 24, 2021.

If one or more of the parties object to or are unavailable for trial on that date, the parties may either (a) submit a new joint status report proposing multiple dates on which they are available or (b) e-mail the Courtroom Deputy to schedule a status conference at which the Court

MINUTE ORDER
C18-1736-JCC
PAGE - 1

will select a trial date.

DATED this 26th day of May 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C18-1736-JCC
PAGE - 2