THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIWALI MUSSE, | CASE NO. C18-1736 JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KING COUNTY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Trial in this matter is currently set for December 6, 2021. (Dkt. No. 66.) To provide the Court with adequate time to address any pretrial issues the parties may wish to present, and to promote judicial economy, the Court hereby ORDERS that:

1. The Civil Trial Scheduling Order is MODIFIED as follows:

| Event | Deadline |
|---|---|
| Proposed Pretrial Order | November 17, 2021 |
| Trial Briefs, Proposed Voir Dire, and Proposed Jury Instructions | November 29, 2021 |

2. All other deadlines remain in effect.

//

//

MINUTE ORDER
C18-1736 JCC
PAGE - 1

DATED this 12th day of October 2021.

                                                                  Ravi Subramanian
                                                                  Clerk of Court

                                                                  s/Sandra Rawski
                                                                  Deputy Clerk