THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIWALI MUSSE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM HAYES, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C18-1736-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Hon. Paris K. Kallas (Ret.) has filed a notice under Local Civil Rule 39.1(c)(7) advising that the parties participated in a mediation on October 29, 2021, and that the case is now resolved. (Dkt. No. 80.)

It is therefore ORDERED that within 14 days of this order, the parties will file a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or show cause why this case should not be dismissed with prejudice based on the settlement.

DATED this 10th day of November 2021.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Sandra Rawski
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C18-1736-JCC
PAGE - 1