THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIWALI MUSSE, | CASE NO. C18-1736-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WILLIAM HAYES, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Before the Court is Plaintiff's response (Dkt. No. 82) to this Court's minute order to show cause why the case should not be dismissed based on a settlement agreement (Dkt. No. 81). Plaintiff requests until December 15, 2021 to file a voluntary dismissal, to ensure that he first receives payment under the parties' settlement agreement. (Dkt. No. 82 at 1–2.) It is thus ORDERED that the deadline for dismissal is December 15, 2021. Because that is after the current December 6, 2021 trial date (Dkt. No. 66), the trial date is hereby VACATED.

DATED this 23rd day of November 2021.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk

MINUTE ORDER
C18-1736-JCC
PAGE - 1